# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor                Date: 1/4/24        Time: 2:00 p.m.

Defendant: Rodney Burton           J#: 71926-083     Case #: 24-2002-MJ-LOUIS ~~(SEALED)~~

AUSA: Daniel Rosenfeld                      Attorney: AFPD – Sogol Ghomeshi

Violation: D/ MD/WARR/COMP/CONSPIRACY TO OPERATE AN UNLICENSED MONEY TRANSMITTING BUSINESS     Surr/Arrest Date: 1/4/24    YOB: 1969

Proceeding: Initial Appearance                         CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:

Bond Set at:                                            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
- Defendant advised of rights and charges
- Complaint Unsealed
- Defendant sworn; AFPD appointed
- *STIP PTD w/right to revisit in the District of Maryland (no hrg. held); Court sets*
- *Defendant Waives Removal; waiver executed; Ordered removed to the District of Maryland*
- *Brady order given*
- Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:       Time:       Judge:        Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:22:22/15:01:30                              Time in Court: 20 mins

s/Lauren F. Louis                                            Magistrate Judge