UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-mj-02002-LOUIS

UNITED STATES OF AMERICA

v.

RODNEY BURTON,

    Defendant.
_____/

**ORDER GRANTING MOTION TO SEAL**

**THIS CAUSE** is before the Court upon the Government's *Ore Tenus* Motion to seal the Complaint. At Defendant's Initial Appearance on January 4, 2024, the Government moved to reseal the Complaint, after Defendant was advised of the charges therein. The Court cautioned that the requested relief—maintaining a criminal complaint under seal after the arrest of the Defendant—warranted a written motion explaining the basis for the relief; Government counsel indicated the Government's intention to file a written motion. So that relief may yet be meaningful *if* that Motion is to be granted, and being otherwise apprised in the circumstances, I will **GRANT** the Government's *Ore Tenus* Motion to seal the Complaint temporarily, pending the resolution of the Government's forthcoming written motion to seal. The Clerk of Court is directed to **SEAL** Docket Entry No. 1 until January 18, 2024, or other order from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of January, 2024.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
